IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ABAS YASSIN ALI,

    Defendant.

8:22CR129

INDICTMENT

18 U.S.C. § 1344(2)

The Grand Jury charges that

## COUNTS I-III

1. Between on or about January 1, 2021, and on or about May 25, 2022, in the District of Nebraska and elsewhere, ABAS YASSIN ALI, defendant herein, did knowingly execute and attempt to execute a scheme and artifice, as alleged herein, to obtain moneys, funds, credits, assets, securities, or other property owned by, or under the custody and control of First National Bank of Omaha, a federally insured financial institution, by means of fraudulent pretenses, representations, and promises, that is, by presenting fraudulent and counterfeit money orders to the bank and causing other persons, known and unknown to the grand jury, to present fraudulent money orders to the bank.

2. At all times relevant for Counts I-III, ABAS YASSIN ALI, was a gang member with the Go Getta Gang who devised a "car hopping" or "chopping," scheme in which ABAS YASSIN ALI and other persons known and unknown to the grand jury would burglarize vehicles, or enter vehicles without lawful authority for the purpose of stealing bank cards, credit cards, personal identification documents, and other valuable items from those vehicles. These vehicles were primarily located in Douglas County, Nebraska, and Sarpy County, Nebraska.

1

3. It was part of the scheme, that ABAS YASSIN ALI and others known and unknown to the grand jury would then take the bank cards and credit cards and use to them obtain gift cards and other items of value from retail locations.

4. It was part of the scheme, that ABAS YASSIN ALI and others known and unknown to the grand jury would then take the gifts cards that were obtained with the stolen bank cards and stolen credit cards and convert them to money orders, in part to conceal the source of the proceeds and in part to convert the gift cards to cash proceeds.

5. It was also part of the scheme that ABAS YASSIN ALI would print his own counterfeit money orders that falsely purported themselves to be issued by Western Union. The money orders were in fact counterfeit money orders that ABAS YASSIN ALI was making on a laptop computer and printing himself.

6. It was part of the scheme that ABAS YASSIN ALI would present the counterfeit money orders to First National Bank of Omaha and other federally insured banks, or would induce and entice other persons, known and unknown to the grand jury, to present the counterfeit money orders to First National Bank of Omaha and to withdraw funds from the bank account in the form of United States currency in an amount equivalent to the amounts represented in the false money orders before First National Bank of Omaha could identify the money order as a counterfeit document. It was part of the scheme that ABAS YASSIN ALI would split the withdrawn amount with the persons known and unknown to the grand jury.

7. On or about each of the dates set forth below, in the District of Nebraska and elsewhere, ABAS YASSIN ALI, defendant herein, for the purpose of executing the scheme described above and attempting to do so, reincorporated here by reference, caused each of the following executions of the scheme, with each execution constituting a separate count:

|  | Date of Execution | Counterfeit Money Order Amount | Transaction Description |
|---|---|---|---|
| Count I | February 9, 2022 | $6,000 | Submission of Three Fraudulent Western Union Money Orders made out to JJ resulting in $4,556 charge-off to FNBO |
| Count II | February 16, 2022 | $6,000 | Submission of Three Fraudulent Western Union Money Orders made out to TT resulting in $3,999 charge-off to FNBO |
| Count III | March 2, 2022 | $4,000 | Submission of Two Fraudulent Western Union Money Orders made out to HH resulting in $1,988 charge-off to FNBO |

All in violation of Title 18, United States Code, Section 1344(2).



A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

By: LESLEY WOODS, TX #24092092
Assistant U.S. Attorney