IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ABAS YASSIN ALI,<br><br>　　　　　Defendant. | 8:22CR129<br><br>ORDER |

**THIS MATTER** is before the court on the motion of Yvonne D. Sosa to withdraw as counsel for the defendant, Abas Yasin Ali (Filing No. 19). Chinedu Igbokwe has filed an entry of appearance as retained counsel for Abas Yasin Ali. Therefore, Yvonne D. Sosa's motion to withdraw (Filing No. 19) will be granted.

Yvonne D. Sosa shall forthwith provide Chinedu Igbokwe any discovery materials provided to the defendant by the government and any such other materials obtained by Yvonne D. Sosa which are material to Abas Yasin Ali's defense.

The clerk shall provide a copy of this order to Chinedu Igbokwe.

Dated this 16th day of June, 2022.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge