IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:22CR129 |
| vs. | ORDER |
| ABAS YASSIN ALI, | |
| Defendant. | |

On March 6, 2023, the court held a hearing the motion of Yvonne D. Sosa to withdraw as counsel for the defendant, Abas Yassin Ali (Filing No. 52). Yvonne D. Sosa represents that there is an irreparable breakdown in the attorney-client relationship. After inquiry of the Defendant and his counsel, the court granted Yvonne D. Sosa's motion to withdraw (Filing No. 52).

James J. Regan, 6035 Binney Street, Omaha, NE 68104, (402) 341-2020, is appointed to represent Abas Yassin Ali for the balance of these proceedings pursuant to the Criminal Justice Act. Yvonne D. Sosa shall forthwith provide James J. Regan any discovery materials provided to the defendant by the government and any such other materials obtained by Yvonne D. Sosa which are material to Abas Yassin Ali's defense.

The clerk shall provide a copy of this order to James J. Regan and the defendant.

**IT IS SO ORDERED.**

Dated this 7th day of March, 2023.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge