IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:22CR129 |
| vs. | ) | |
| ABAS YASSIN ALI, HAZEM SARMIN, HASSAN MOHAMED, BEAD CHAN, and IAN BETKIE, | ) | ORDER |
| Defendants. | ) | |

    This matter is before the court on the defendant, Bead Chan's partially unopposed Motion to Continue Trial [187]. Counsel has previously made plans to be out of the state. Counsel for co-defendants Hazem Sarmin, Hassan Mohamed, Ian Betkie have indicated they have no objection to the continuance. Counsel for co-defendant Abas Yassin Ali has been contacted by the Court and has no objection to the continuance. For good cause shown,

    **IT IS ORDERED** that the Motion to Continue Trial [187] is granted, as follows:

1. The jury trial, **for all defendants,** now set for January 2, 2024, is continued to **February 5, 2024.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and February 5, 2024**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

**DATED:** December 11, 2023.

                                                                 BY THE COURT:

                                                                  s/ Susan M. Bazis
                                                                  **United States Magistrate Judge**