**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:22CR129 |
| | ) | |
| vs. | ) | |
| | ) | |
| ABAS YASSIN ALI, BEAD CHAN, and IAN BETKIE, | ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the court on the defendant, Bead Chan's  unopposed Motion to Continue Trial [201].  Counsel needs additional time to prepare for trial, or in the alternative, pursue plea negotiations.    The government and counsel for co-defendants Abas Yassin Ali and Ian Betkie have indicated they have no objection to the continuance. For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [201] is granted, as follows:

1.  The jury trial, **for defendants Abas Yassin Ali, Bead Chan and Ian Betkie,** now set for February 5, 2024, is continued to **April 22, 2024.**

2.  In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and April 22, 2024**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

**DATED:  January 22, 2024.**

**BY THE COURT:**


**s/ Susan M. Bazis**
**United States Magistrate Judge**